Orders.

COMMONWEALTH *vs.* RUBEN DARIO TORRES. Reported below: 40 Mass. App. Ct. 6 (1996).

*Further appellate review denied:*

WILLIAM A. BARNSTEAD & another *vs.* JON F. RIDDER & others. Reported below: 39 Mass. App. Ct. 934 (1996).

ARTHUR M. BRUSSARD & another *vs.* NORTHERN BANK & TRUST COMPANY & another. Reported below: 40 Mass. App. Ct. 1101 (1996).

CAROL ROSE BURRITT & others *vs.* JOSEPH D. LILLY, trustee, & another. Reported below: 40 Mass. App. Ct. 29 (1996).

COMMONWEALTH *vs.* FRANCIS D. CAPONE, THIRD. Reported below: 39 Mass. App. Ct. 606 (1996).

COMMONWEALTH *vs.* COREY GLOVER. Reported below: 39 Mass. App. Ct. 1121 (1996).

FOREIGN CAR CENTER, INC., & others *vs.* SALEM SUEDE, INC., & another. Reported below: 40 Mass. App. Ct. 15 (1996). MR. CHIEF JUSTICE LIACOS did not participate.

FRAMINGHAM SAVINGS BANK *vs.* R. GREGORY MACDONALD & another. Reported below: 40 Mass. App. Ct. 1102 (1996).

GREGORY C. MESSENGER *vs.* J. GORDON RICH. Reported below: 40 Mass. App. Ct. 1104 (1996).

April 29, 1996

*Further appellate review denied:*

ADOPTION OF JOCELYN. Reported below: 39 Mass. App. Ct. 1122 (1996).

GERARD BENOIT *vs.* SUZANNE BUMP & others. Reported below: 40 Mass. App. Ct. 1106 (1996).

JOANNA BOUKALIS's CASE. Reported below: 40 Mass. App. Ct. 1108 (1996).

COMMONWEALTH *vs.* FRANCIS AMPARO. Reported below: 40 Mass. App. Ct. 1107 (1996).

COMMONWEALTH *vs.* CORBIN ARMSTRONG (and a companion case). Reported below as COMMONWEALTH *vs.* ROBERT BERUBE (and three companion cases): 40 Mass. App. Ct. 1105 (1996).

COMMONWEALTH *vs.* JAIME ATEHORTUA. Reported below: 40 Mass. App. Ct. 1107 (1996).

COMMONWEALTH *vs.* GERALD BERTRAND. Reported below: 40 Mass. App. Ct. 1108 (1996).

COMMONWEALTH *vs.* ROBERT A. BERUBE (and a companion case). Reported below: 40 Mass. App. Ct. 1105 (1996).

COMMONWEALTH *vs.* REGINALD BLY. Reported below: 40 Mass. App. Ct. 1107 (1996).

COMMONWEALTH *vs.* MICHAEL BOLAND (and a companion case). Reported below: 40 Mass. App. Ct. 1104 (1996).

COMMONWEALTH *vs.* GEORGE DAVIS. Reported below: 40 Mass. App. Ct. 1107 (1996).

COMMONWEALTH *vs.* JAMES M. DEMLING. Reported below: 40 Mass. App. Ct. 1105 (1996).

COMMONWEALTH *vs.* FRED DIAZ (and two companion cases). Reported below as COMMONWEALTH *vs.* ALCIBIADES C. VARGAS (and three companion cases): 40 Mass. App. Ct. 1104 (1996).

COMMONWEALTH *vs.* GREG FRYE. Reported below: 40 Mass. App. Ct. 1105 (1996).

COMMONWEALTH *vs.* WILLIAM GEHRIG, JR. Reported below: 40 Mass. App. Ct. 1108 (1996).

COMMONWEALTH *vs.* SHERRIE GIBSON. Reported below: 40 Mass. App. Ct. 1107 (1996).

COMMONWEALTH *vs.* STEPHEN GOUDY. Reported below: 40 Mass. App. Ct. 1105 (1996).

COMMONWEALTH *vs.* LINDSEY M. HEUGHAN (and five companion cases). Reported below: 40 Mass. App. Ct. 102 (1996).

COMMONWEALTH *vs.* ALBERT A. HOWARD. Reported below: 40 Mass. App. Ct. 1108 (1996).

COMMONWEALTH *vs.* JOSE OSPINA LOPEZ. Reported below: 38 Mass. App. Ct. 748 (1995).

COMMONWEALTH *vs.* PAMELA M. MARTIN. Reported below: 40 Mass. App. Ct. 1103 (1996).

COMMONWEALTH *vs.* KEVIN NORRIS. Reported below: 40 Mass. App. Ct. 1107 (1996).

COMMONWEALTH *vs.* ANTHONY PICARIELLO. Reported below: 40 Mass. App. Ct. 902 (1996).

COMMONWEALTH *vs.* JAMES A. PIKE. Reported below: 40 Mass. App. Ct. 1106 (1996).

COMMONWEALTH *vs.* SANTIAGO SANTANA. Reported below: 40 Mass. App. Ct. 1110 (1996).

COMMONWEALTH *vs.* MICHAEL F. SKINNER. Reported below: 40 Mass. App. Ct. 1108 (1996).

COMMONWEALTH *vs.* SHAWN STUART. Reported below: 40 Mass. App. Ct. 1109 (1996).

COMMONWEALTH *vs.* JOHN T. TEIXEIRA. Reported below: 40 Mass. App. Ct. 236 (1996).

COMMONWEALTH *vs.* NOVIA TURKETTE, JR. Reported below: 40 Mass. App. Ct. 1102 (1996).

COMMONWEALTH *vs.* RONALD K. WATERMAN. Reported below: 40 Mass. App. Ct. 1105 (1996).

COMMONWEALTH *vs.* CAREY A. WILLIAMS. Reported below: 40 Mass. App. Ct. 1111 (1996).

THOMAS L. CURTIS *vs.* DOROTHY A. CURTIS. Reported below: 40 Mass. App. Ct. 1109 (1996).

PHYLLIS H. EVANS *vs.* ROBERT E. EVANS. Reported below: 40 Mass. App. Ct. 1105 (1996).

PAUL FACELLA *vs.* ERNEST POWERS, JR. Reported below: 40 Mass. App. Ct. 1106 (1996).

LINDA M. FUNAI *vs.* ROBERT L. FUNAI. Reported below: 40 Mass. App. Ct. 1108 (1996).

SHIRLEY GOTTLIN & another *vs.* RUSSELL L. HERZIG & others. Reported below: 40 Mass. App. Ct. 163 (1996).

SHIRLEY GOTTLIN & another *vs.* LELAND GRAVES & another. Reported below: 40 Mass. App. Ct. 155 (1996).

IAN C. GREEN & another *vs.* MANHATTANVILLE COLLEGE. Reported below: 40 Mass. App. Ct. 76 (1996).

HELEN RETYNSKY KAMINS *vs.* KIM L. DENTON & others. *Reported below: 40 Mass. App. Ct. 1106 (1996).*

Orders.

EDWARD J. KEENAN vs. MAYBROOK, INC., & others. Reported below: 40 Mass. App. Ct. 144 (1996).

WILLIAM LANGTON & another vs. COMMISSIONER OF CORRECTION & others. Reported below: 38 Mass. App. Ct. 1130 (1995).

ROLAND MARTINEAU vs. SALLY BUNCE-TURNER & another. Reported below: 40 Mass. App. Ct. 1106 (1996).

MASTERPIECE KITCHEN & BATH, INC. vs. PETER GORDON & another. Reported below: 40 Mass. App. Ct. 1109 (1996).

JOSEPH A. MESSERE vs. COMMISSIONER OF CORRECTION. Reported below: 40 Mass. App. Ct. 1109 (1996).

EDWIN R. ORWAT vs. CIVIL SERVICE COMMISSION & another. Reported below: 40 Mass. App. Ct. 1105 (1996).

CHARLES SMITH vs. TUFTS UNIVERSITY SCHOOL OF MEDICINE & others. Reported below: 40 Mass. App. Ct. 1109 (1996).


May 2, 1996

*Further appellate review granted:*

NORMAN TENOVSKY & another vs. ALLIANCE INSURANCE GROUP & others. Reported below: 40 Mass. App. Ct. 204 (1996).

*Further appellate review denied:*

A P EAST, INC. vs. BOARD OF ASSESSORS OF WESTBOROUGH (and two companion cases). Reported below: 40 Mass. App. Ct. 912 (1996).

COMMONWEALTH vs. JAMES KRICHKER. Reported below: 40 Mass. App. Ct. 1109 (1996).

COMMONWEALTH vs. NEIL J. MILLER. Reported below: 34 Mass. App. Ct. 1112 (1993).

COMMONWEALTH vs. DAVID A. SEQUEIRA (and a companion case). Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH vs. RHADAMES V. SIBILIA. Reported below: 39 Mass. App. Ct. 1112 (1995).

COMMONWEALTH vs. GARY WALTER. Reported below: 40 Mass. App. Ct. 907 (1996).

IAG FEDERAL CREDIT UNION vs. BARRY J. LATERMAN & another. Reported below: 40 Mass. App. Ct. 116 (1996).

ANTHONY WILLIAM RAVOSA vs. NEIL ZAIS, individually and as trustee. Reported below: 40 Mass. App. Ct. 47 (1996). MR. JUSTICE GREANEY did not participate.

WILLIAM WHITE vs. WILMA WHITE. Reported below: 40 Mass. App. Ct. 132 (1996).


June 5, 1996

*Further appellate review denied:*

ADOPTION OF NICOLE. Reported below: 40 Mass. App. Ct. 259 (1996).

GERALD BAGLEY vs. CIVIL SERVICE COMMISSION & another. Reported below: 40 Mass. App. Ct. 1117 (1996).

ARTHUR J. BEATTY vs. JOSEPH DIMARIA & another. Reported below: 40 Mass. App. Ct. 1117 (1996).

L. PHILLIP BOUCHARD & others vs. CITY OF BEVERLY. Reported below: 40 Mass. App. Ct. 1114 (1996).